**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., *et al*., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:24-CV-01867 |
| v. | ) | |
| | ) | Judge Sara L. Ellis |
| THE ILLINOIS STATE BOARD OF | ) | |
| ELECTIONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF**
**TIME TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**

Defendants the Illinois State Board of Elections and Bernadette Matthews, Director of the Illinois State Board of Elections (the "State Defendants"), respectfully move this Court to extend their deadline to file their Reply in Support of their Motion to Dismiss to August 8, 2024. In support of this unopposed motion, the State Defendants state as follows:

1.      On March 5, 2024, Plaintiffs filed their Complaint. ECF No. 1.

2.      On June 7, 2024, the State Defendants filed their Motion to Dismiss. ECF No. 41.

3.      On June 17, 2024, the Court entered the following briefing schedule: Plaintiffs' response was due July 12, 2024, and the State Defendants' reply is due July 26, 2024. ECF No. 44. On July 12, 2024, Plaintiffs filed their Response in Opposition to Defendants' Motion to Dismiss. ECF No. 49.

4.      On July 17, 2024, the Court granted the AFL-CIO and Illinois Federation of Teachers' (the "Union Defendants") Motion to Intervene and added them as Defendants in this matter. ECF No. 51. The Court ordered the Union Defendants to file their responsive pleading by August 8, 2024. *Id.*

5. Given the length of the briefs filed as part of Defendants' Motion to Dismiss, the State Defendants are still in the process of reviewing Plaintiffs' Response in Opposition to Defendants' Motion to Dismiss and preparing their Reply in Support of their Motion to Dismiss. Additionally, counsel for the State Defendants was out of the office from July 10, 2024, through July 17, 2024.

6. Based on the foregoing, the State Defendants request an extension to August 8, 2024, to file their Reply in Support of their Motion to Dismiss.

7. Plaintiffs and the Union Defendants do not oppose this motion. There is no prejudice to any party because the Union Defendants' responsive pleading is due on the same date.

**WHEREFORE**, the State Defendants respectfully request that this Court extend their deadline to file their Reply in Support of their Motion to Dismiss to August 8, 2024.

Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois

<u>s/ *Maggie Jones*</u>
Maggie Jones
Assistant Attorney General
General Law Bureau
Government Representation Division
115 South LaSalle Street
Chicago, Illinois 60603
Margaret.Jones@ilag.gov

*Counsel for State Defendants*