IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC.; ILLINOIS FAMILY ACTION; BREAKTHROUGH IDEAS; and CAROL J. DAVIS,<br><br>    Plaintiffs,<br><br>v.<br><br>THE ILLINOIS STATE BOARD OF ELECTIONS; and BERNADETTE MATTHEWS, in her capacity as the Executive Director of the Illinois State Board of Elections,<br><br>    Defendants,<br><br>and<br><br>ILLINOIS AFL-CIO and ILLINOIS FEDERATION OF TEACHERS,<br><br>    Intervenor-Defendants. | No. 1:24-cv-01867<br><br>Hon. Sara L. Ellis |

**UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS (ECF NO. 57)**

  Intervenor-Defendants the Illinois AFL-CIO and the Illinois Federation of Teachers respectfully file this Motion for Leave to File a Notice of Supplemental Authority in Support of their Motion to Dismiss, and state the following in support thereof:

  1.  Intervenor-Defendants respectfully request leave to file *Republican National Committee v. Benson*, No. 1:24-CV-262, 2024 WL 4539309 (W.D. Mich. Oct. 22, 2024) ("*RNC*"), as supplemental authority in support of their motion to dismiss.

  2.  In *RNC*, a court in the Western District of Michigan dismissed a complaint brought by the RNC and individual voters seeking declaratory and injunctive relief for an alleged violation

1

of the National Voter Registration Act's requirement to "conduct a general program that makes a reasonable effort to remove the names of ineligible voters from the official lists of eligible voters," 52 U.S.C. § 20507(a)(4), which is the same claim Plaintiffs bring here in Count I of their complaint.

3. Intervenor-Defendants wish to bring this decision to the Court's attention because in dismissing the complaint, the *RNC* court found that the plaintiffs lacked standing and failed to state a claim for many of the same reasons Intervenor-Defendants and the State Board have stated in their respective motions to dismiss. *See generally* ECF Nos. 41-1, 57-1, 59, 65.

4. Intervenor-Defendants therefore request leave to file a notice of supplemental authority for the Court's consideration. The proposed notice is attached to this motion as Exhibit 1.

5. Counsel for Intervenor-Defendants contacted counsel for the State Defendants and Plaintiffs. Neither the State Defendants nor the Plaintiffs oppose this motion.

6. WHEREFORE, for the reasons set forth above, Intervenor-Defendants respectfully request that the Court grant leave to file the attached notice.

Dated: October 28, 2024　　　　　　　　　　Respectfully Submitted,

**JENNER & BLOCK LLP**

By:　/s/ Sarah F. Weiss

Sarah F. Weiss
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7597
sweiss@jenner.com

Elisabeth C. Frost*
Jyoti Jasrasaria*
Julie Zuckerbrod*
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
jjasrasaria@elias.law
jzuckerbrod@elias.law

*Attorneys for Intervenor-Defendants*
*\*Admitted pro hac vice*

3