# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC.; ILLINOIS FAMILY ACTION; BREAKTHROUGH IDEAS; and CAROL J. DAVIS,<br><br>Plaintiffs,<br><br>v.<br><br>THE ILLINOIS STATE BOARD OF ELECTIONS; and BERNADETTE MATTHEWS, in her capacity as the Executive Director of the Illinois State Board of Elections,<br><br>Defendants,<br><br>ILLINOIS AFL-CIO and ILLINOIS FEDERATION OF TEACHERS,<br><br>Intervenor-Defendants. | No. 1:24-cv-01867<br><br>Hon. Sara L. Ellis |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on April 8, 2025 at 9:45 a.m. or as soon thereafter as counsel may be heard, one of the attorneys for the Illinois AFL-CIO and the Illinois Federation of Teachers shall appear before the Honorable Sara L. Ellis or any judge sitting in her stead, and present the Illinois AFL-CIO and the Illinois Federation of Teachers' Intervenor-Defendants' Unopposed Motion For An Extension Of Time, a copy of which is attached.

Dated: April 2, 2025                                  Respectfully Submitted,

**JENNER & BLOCK LLP**

1

By: s/ *Sarah F. Weiss*

Sarah F. Weiss
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
(312) 840-7597
sweiss@jenner.com

Elisabeth C. Frost*
James J. Pinchak*
Julie Zuckerbrod*
Elias Law Group LLP
250 Massachusetts Ave NW, Suite 400
Washington, D.C. 20001
Telephone: (202) 968-4490
Facsimile: (202) 968-4498
efrost@elias.law
jpinchak@elias.law
jzuckerbrod@elias.law
*Attorneys for Intervenor-Defendants*

*Admitted pro hac vice*